**Fill in this information to identify the case:**

Debtor name  **AMERICAN PARKING SYSTEM, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  **19-02243-EAG11**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/15/19

X _____
Signature of individual signing on behalf of debtor

**MIGUEL A. CABRAL VERAS**
Printed name

**PRESIDENT**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AMERICAN PARKING SYSTEM, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    **19-02243-EAG11**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $    23,100,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................    $    1,075,300.62

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................    $    24,175,300.62

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    8,596,325.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    10,299,377.67

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    3,004,219.70

4.    Total liabilities ........................................................................................
    Lines 2 + 3a + 3b    $    21,899,922.37

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **AMERICAN PARKING SYSTEM, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **19-02243-EAG11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BANCO SANTANDER OF PR OPERATING ACCOUNT ACCOUNT NUMBER:  3004949039** | **CHECKING ACCOUNT** | **9039** | $153,932.60 |
| 3.2. | **BANCO SANTANDER OF PR PAYROLL ACCOUNT ACCOUNT NUMBER:  3004949055** | **CHECKING ACCOUNT** | **9055** | $53.70 |
| 3.3. | **BANCO SANTANDER OF PR TAX ACCOUNT ACCOUNT NUMBER:  3004949047** | **CHECKING ACCOUNT** | **9047** | $0.00 |
| 3.4. | **BANCO SANTANDER OF PR ATH MOVIL ACCOUNT NUMBER:  3004997440** | **CHECKING ACCOUNT** | **7440** | $0.00 |
| 3.5. | **BANCO SANTANDER OF PR TAXES ACCOUNT ACCOUNT NUMBER:  3004997475** | **CHECKING ACCOUNT** | **7475** | $2,964.97 |
| 3.6. | **BANCO SANTANDER OF PR PAYROLL ACCOUNT ACCOUNT NUMBER:  3004997467** | **CHECKING ACCOUNT** | **7467** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | Case number *(If known)* | **19-02243-EAG11** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **BANCO SANTANDER OF PR**<br>**OPERATING ACCOUNT**<br>**ACCOUNT NUMBER:  3004997459** | **CHECKING ACCOUNT** | **7459** | **$31,619.58** |
| 3.8. | **BANCO SANTANDER OF PR**<br>**LOCK BOX**<br>**ACCOUNT NUMBER:  3004941186** | **CHECKING ACCOUNT** | **1186** | **$34.19** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**    **$188,605.04**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **AAA UTILITY PASEO SAN JUAN** | **$740.00** |
| 7.2. | **AAA UTILITY DEPOSIT DEL PARQUE PROPERTY** | **$180.00** |
| 7.3. | **PREPA UTILITY DEPOSIT DEL PARQUE PROPERTY** | **$1,100.00** |
| 7.4. | **PREPA UTILITY DEPOSIT LOT ON ASHFORD AVENUE** | **$175.00** |
| 7.5. | **PREPA UTILITY DEPOSIT PASEO SAN JUAN** | **$8,000.00** |
| 7.6. | **PREPA UTILITY DEPOSIT MONACILLOS** | **$800.00** |
| 7.7. | **ATT AND PRTC SECURITY DEPOSIT DEL PARQUE AND PASEO SAN JUAN** | **$12,600.00** |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**    **Total of Part 2.**    **$23,595.00**

Add lines 7 through 8. Copy the total to line 81.

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | Case number *(If known)* **19-02243-EAG11** |
|---|---|---|
| | Name | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less: | **366,271.09** | - | **0.00** | = .... | **$366,271.09** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

11a. 90 days old or less: | **8,539.49** | - | **0.00** | = .... | **$8,539.49** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$374,810.58** |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | Case number *(If known)* **19-02243-EAG11** |
|---|---|---|
| | Name | |

**48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| PARKING EQUIPMENT AT COST | $223,780.00 | COST | $223,780.00 |
|---|---|---|---|

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $223,780.00 |
|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **PASEO SAN JUAN - ELEVEN-STORY PARKING BUILDING WITH PERMITS FOR 840 CARS LOCATED AT ISLA VERDE AVENUE, CANGREJOS ARRIBA WARD, CAROLINA, PUERTO RICO CADASTER NUMBER 041-087-017-17-901 APPRAISED VALUE AS OF FEBRUARY 20, 2019** | Fee simple | $0.00 | | $20,100,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **AMERICAN PARKING SYSTEM, INC.**        Case number *(If known)* **19-02243-EAG11**
     Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **DEL PARQUE BUILDING - THREE (3) STORY CONCRETE OFFICE BUILDING LOCATED AT 603 DEL PARQUE STREET, SANTURCE, SAN JUAN, PUERTO RICO CADASTER NUMBER: 040-080-433-39-001 APPRAISED VALUE AS OF 2014** | Fee simple | $0.00 | $400,000.00 |
| 55.3. | **MONACILLOS LOTS - THREE (3) PARCEL OF LAND (LOTS) USED AS PARKING FACILITY LOCATED AT NORTHEAST CORNER OF STATE ROAD 177, MONACILLOS WARD, RIO PIEDRAS, PUERTO RICO CADASTER NUMBER: 114-018-625-08-000/0 9-000/07-000 AS PER PURCHASE OPTION AGREEMENT** | Fee simple | $0.00 | $2,600,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

                                                              **$23,100,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property            page 5

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | Case number *(If known)* **19-02243-EAG11** |
|---|---|---|
| | Name | |

■| Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **DEFERRED TAX ASSET** | Tax year _____ | **$264,510.00** |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$264,510.00** |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | | Case number *(If known)* | **19-02243-EAG11** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $188,605.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,595.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $374,810.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $223,780.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $23,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $264,510.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,075,300.62 | + 91b. $23,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,175,300.62 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **AMERICAN PARKING SYSTEM, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  **19-02243-EAG11**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **767 LENDER LLC**<br>Creditor's Name<br><br>**767 FIFTH AVENUE**<br>**12th FLOOR**<br>**New York, NY 10153**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**07/29/2016**<br>**Last 4 digits of account number**<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**REAL PROPERTY PASEO SAN JUAN PARKING BUILDING LISTED IN SCHEDULE A/B**<br><br><br>Describe the lien<br>**MORTGAGE, UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,591,512.00** | **$20,100,000.00** |
| **2.2** **CRIM**<br>Creditor's Name<br><br>**PO BOX 195387**<br>**San Juan, PR 00919-5387**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2010-2019**<br>**Last 4 digits of account number**<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**MONACILLOS PARKING LOTS LISTED IN SCHEDULE A/B**<br><br><br>Describe the lien<br>**REAL PROPERTY TAX - PRINCIPAL & INTEREST**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$4,813.00** | **$2,170,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **AMERICAN PARKING SYSTEM, INC.**                           Case number (if know)   **19-02243-EAG11**
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$8,596,325.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **AMERICAN PARKING SYSTEM, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **19-02243-EAG11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **CRIM**<br>**PO BOX 195387**<br>**San Juan, PR 00919-5387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150,506.57** | **$0.00** |

| Date or dates debt was incurred<br>**2011-2015** | Basis for the claim:<br>**PERSONAL PROPERTY TAXES** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **DEPARTMENT OF TREASURY**<br>**BANKRUPTCY SECTION**<br>**PO BOX 9024140 OFFICE 424 B**<br>**San Juan, PR 00902-4140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,179,200.00** | **$2,179,200.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**TAXES** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | Case number *(if known)* | **19-02243-EAG11** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.3**

Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,732,895.78          $2,732,895.78

Date or dates debt was incurred
**12/31/2005**

Basis for the claim:
**PAYROLL TAXES (VARIOUS YEARS)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**MUNICIPIO DE SAN JUAN
PO BOX 70179
San Juan, PR 00936-8179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$306,598.63          $306,598.63

Date or dates debt was incurred

Basis for the claim:
**PATENTS AND SALES AND USES TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
**PR DEPARTMENT OF LABOR
PO BOX 195540
San Juan, PR 00919-5540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$522,957.85          $37,113.33

Date or dates debt was incurred

Basis for the claim:
**DISABILITY INSURANCE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address
**PR DEPARTMENT OF LABOR
PO BOX 195540
San Juan, PR 00919-5540**

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,191,093.53          $381,986.04

Date or dates debt was incurred

Basis for the claim:
**UNEMPLOYMENT INSURANCE**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | Case number (if known) | **19-02243-EAG11** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216,125.31 | $216,125.31 |
|---|---|---|---|---|
| | **STATE INSURANCE FUND CORPORATION** PO BOX 365028 San Juan, PR 00936-5028 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **WORKMEN COMPENSATION INSURANCE** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $30,000.00 |
|---|---|---|---|
| | **AGA CPA'S & ADVISORS** 801 INTERNATIONAL PKWY Lake Mary, FL 32746-5000 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **PROFESSIONAL SERVICES** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | **AUT DE ACUEDUCTOS Y ALCANTARILLADOS** PO BOX 7066 San Juan, PR 00916-7066 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **WATER AND SEWER SERVICES** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | **BRENDA VIVES** 601 PONCE DE LEON AVENUE BANCO COOPERATIVO SUITE 623 San Juan, PR 00917 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **LAWSUIT** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $6,649.76 |
|---|---|---|---|
| | **DE LAGE LANDEN FINANCIAL SERVICES INC** ATT. L LEVIN 111 OLD EAGLE SCHOOL ROAD Wayne, PA 19087 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **LEASE ARREARS PHOTOCOPIER** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,772.86 |
|---|---|---|---|
| | **DEYA ELEVATOR SERVICE INC** PO BOX 362411 San Juan, PR 00936-2411 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **ELEVATOR MAINTENANCE** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **AMERICAN PARKING SYSTEM, INC.**
　　　　　Name

Case number (if known)   **19-02243-EAG11**

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $8,500.00 |
|---|---|---|---|

**E RAMIREZ ASSOCIATES LLC**
PO BOX 11741
San Juan, PR 00922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __PROFESSIONAL SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

**FEDERICO CALAF**
800 JOSE MARTIN STREET
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016__

Basis for the claim:  __PROFESSIONAL SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $60,000.00 |
|---|---|---|---|

**FELIX M GARCIA**
1348 OBERTA STREET
San Juan, PR 00908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2013__

Basis for the claim:  __LAWSUIT SETTLEMENT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $6,333.32 |
|---|---|---|---|

**GELCY Z PIRIZ RAVEL**
**JARDINES DEL MEDITERRANEO**
**466 JARDIN DON JUAN STREET**
Toa Alta, PR 00953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019__

Basis for the claim:  __LAWSUIT SETTLEMENT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,000.00 |
|---|---|---|---|

**HOSPITAL DAMAS INC**
2213 PONCE BY PASS
Ponce, PR 00717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __RENT ARREARS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $25,804.20 |
|---|---|---|---|

**JESUS LUGO GUERRERO**
430 BARTOLOME LAS CASAS
San Juan, PR 00915

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LABOR CLAIM SJ2018CV01094__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,198.00 |
|---|---|---|---|

**JOSEAN CLAUDIO LAGUNA C/O**
**PR DEPARTMENT OF LABOR**
PO BOX 71592
San Juan, PR 00936-8692

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LABOR CLAIM A6-D1-DP-0148-14__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| Debtor | **AMERICAN PARKING SYSTEM, INC.** | | Case number (if known) | **19-02243-EAG11** |
|---|---|---|---|---|
| | Name | | | |

**3.13** Nonpriority creditor's name and mailing address
JUAN MARTINEZ TAPIA C/O
PR DEPARTMENT OF LABOR
PO BOX 71592
San Juan, PR 00936-8692

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
□ Disputed

Basis for the claim: **LABOR CLAIM KPE2015-2948**

Is the claim subject to offset? ■ No □ Yes

**$21,454.20**

---

**3.14** Nonpriority creditor's name and mailing address
MARINO DE LEON PEREZ
1 SAN ANDRES STREET
BARRIO CAMBUTE
Carolina, PR 00985

Date(s) debt was incurred **2016**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **LOANS**

Is the claim subject to offset? ■ No □ Yes

**$21,000.00**

---

**3.15** Nonpriority creditor's name and mailing address
MELVYN JOSE DIAZ
COND. VILLAS DEL PARQUE
APTO 17 G
San Juan, PR 00909

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **LABOR CLAIM AC-15-427**

Is the claim subject to offset? ■ No □ Yes

**$1,500.00**

---

**3.16** Nonpriority creditor's name and mailing address
METRO SANTURCE INC
PO BOX 195579
San Juan, PR 00919-5579

Date(s) debt was incurred **11/30/2011**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **LEASE ARREARS**

Is the claim subject to offset? □ No ■ Yes

**$105,000.03**

---

**3.17** Nonpriority creditor's name and mailing address
NEW CENTURY FINANCE CORP
PO BOX 12011
San Juan, PR 00914

Date(s) debt was incurred **2019**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **FINANCING ARREARS**

Is the claim subject to offset? ■ No □ Yes

**$18,142.44**

---

**3.18** Nonpriority creditor's name and mailing address
OFICINA ESTATAL CONSERVACION
HISTORICA
PO BOX 9023935
San Juan, PR 00902-3935

Date(s) debt was incurred **2011**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **LAWSUIT**

Is the claim subject to offset? ■ No □ Yes

**$564,788.72**

---

**3.19** Nonpriority creditor's name and mailing address
OSVALDO R GONZALEZ, ESQ
2 STREET 32 PASEO ALTO
San Juan, PR 00926-5917

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **PROFESSIONAL SERVICES AND LOANS**

Is the claim subject to offset? ■ No □ Yes

**$922,188.00**

---

Debtor  **AMERICAN PARKING SYSTEM, INC.**

Name

Case number (if known)  **19-02243-EAG11**

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,000.00 |
|---|---|---|---|
| | **PEDRO A LLOVET-DIAZ ESQ**<br>**URB CARIBE 1581**<br>**CALLE CAVALIERI ST 1**<br>**San Juan, PR 00927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _03/01/2019_<br>Last 4 digits of account number __ | Basis for the claim:  **PROFESSIONAL SERVICES**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $450,000.00 |
|---|---|---|---|
| | **PELLOT GONZALEZ TAX ATTORNEYS &**<br>**COUNSELO**<br>**HATO REY CENTER SUITE 903**<br>**268 JUAN PONCE DE LEON AVE**<br>**San Juan, PR 00918** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _03/01/2019_<br>Last 4 digits of account number __ | Basis for the claim:  **LAWSUIT SETTLEMENT**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,252.80 |
|---|---|---|---|
| | **PPG ARCHITECTURAL CO**<br>**630 CALLE FERIA**<br>**Carolina, PR 00987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2019_<br>Last 4 digits of account number __ | Basis for the claim:  **PROFESSIONAL SERVICES**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | **PR ELECTRIC POWER AUTHORITY**<br>**PO BOX 364267**<br>**San Juan, PR 00936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **ELECTRIC POWER SERVICES**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $7,827.10 |
|---|---|---|---|
| | **RUTH CUEVAS ROCHE**<br>**1159 URB. SAN AGUSTIN**<br>**San Juan, PR 00923** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _2015_<br>Last 4 digits of account number __ | Basis for the claim:  **LABOR CLAIM KPE2015-3624**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $26,320.00 |
|---|---|---|---|
| | **SAN FRANCISCO HEALTH SYSTEM INC**<br>**PO BOX 29025**<br>**San Juan, PR 00929-0025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **RENT ARREARS**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,797.70 |
|---|---|---|---|
| | **SHRED-IT USA LLC**<br>**PO BOX 364527**<br>**San Juan, PR 00936-4527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _2014_<br>Last 4 digits of account number __ | Basis for the claim:  **PROFESSIONAL SERVICES**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **AMERICAN PARKING SYSTEM, INC.**
   Name

Case number (if known)  **19-02243-EAG11**

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$565,780.97**
--- | --- | --- | ---

**3.27**

Nonpriority creditor's name and mailing address
**STATE INSURANCE FUND CORPORATION**
PO BOX 365028
San Juan, PR 00936-5028

Date(s) debt was incurred  **2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WORKMEN COMPENSATIO INSURANCE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$565,780.97**

---

**3.28**

Nonpriority creditor's name and mailing address
**SYLVIA IVETTE MARTINEZ**
PO BOX 50606
Bayamon, PR 00959

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **LAWSUIT**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.29**

Nonpriority creditor's name and mailing address
**UNIVERSAL FINANCE INC**
PO BOX 70380
San Juan, PR 00936-8380

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FINANCE CHARGES**

Is the claim subject to offset?  ■ No  ☐ Yes

**$14,448.40**

---

**3.30**

Nonpriority creditor's name and mailing address
**WILLY RAMOS DIAZ**
VILLA CAROLINA
530 STREET BLOQUE 196  **2**
Carolina, PR 00985

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **LABOR CLAIM AC-13-540**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,461.20**

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a.  $ | 10,299,377.67 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 3,004,219.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 13,303,597.37 |

---

Fill in this information to identify the case:

| Debtor name | **AMERICAN PARKING SYSTEM, INC.** |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **19-02243-EAG11** |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

2. **List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                                          whom the debtor has an executory contract or unexpired
                                                          lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT FOR THE OPERATION OF THE PARKING FACILITIES ON THE PREMISES OF THE HOTEL LOCATED AT PONCE DE LEON AVENUE, MIRAMAR, SAN JUAN, PUERTO RICO** | |
|---|---|---|---|
| | State the term remaining | **SERVICE PROVIDER MONTH TO MONTH** | **COURTYARD BY MARRIOTT SAN JUAN MIRAMAR** |
| | List the contract number of any government contract | | **801 PONCE DE LEON AVENUE** San Juan, PR 00907 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT COMMERCIAL SPACE** | |
|---|---|---|---|
| | State the term remaining | **EXPIRES ON JANUARY 2021** | **ENTERPRISES GROUP P 199** |
| | List the contract number of any government contract | | **2484 MARGINAL CELESTE** Carolina, PR 00979 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **DEED OF GROUND LEASE AND CONCESSION AGREEMENT PARCEL OF LAND LOCATED AT HATO DE CANGREJOS ARRIBA WARD, CAROLINA, PUERTO RICO** | |
|---|---|---|---|
| | State the term remaining | **CONCESSIONAIRE EXPIRES ON MARCH 1, 2019** | **ESJ RESORT LLC** **6063 ISLA VERDE AVENUE** Carolina, PR 00979 |

Debtor 1 __AMERICAN PARKING SYSTEM, INC.__                                         Case number *(if known)*   __19-02243-EAG11__

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT COMMERICAL SPACE (CHILI'S) AT PASEO SAN JUAN PARKING BUILDING CAROLINA, PUERTO RICO** | |
| | State the term remaining | **EXPIRES ON NOVEMBER 2027** | **INTERNATIONAL RESTAURANT SERVICES INC EDIF COLGATE PALMOLIVE SUITE 308 METRO OFFICE Guaynabo, PR 00968-1705** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT PARKING LOT ON THE PREMISES OF THE NORMANDIE HOTEL LOCATED AT PUERTA DE TIERRA, SAN JUAN, PUERTO RICO** | |
| | State the term remaining | **LESSEE EXPIRES ON APRIL 30, 2020** | **INTERRA SKY NORMANDIE, LLC 2400 AUGUSTA DRIVE 330 Houston, TX 77057** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT PARKING LOT AT THE PREMISES OF THE RECREATION AREA KNOW AS "EL ESCAMBRON" OR "PARQUE DEL TERCER MILENIO" LOCATED AT SAN JUAN, PUERTO RICO** | |
| | State the term remaining | **LESSEE MONTH TO MONTH** | **MUNICIPIO DE SAN JUAN PO BOX 70179 San Juan, PR 00936-8179** |
| | List the contract number of any government contract | | |

Debtor 1  **AMERICAN PARKING SYSTEM, INC.**

First Name          Middle Name          Last Name

Case number *(if known)*  **19-02243-EAG11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **CONCESSION AGREEMENT FOR THE OPERATION OF THE PARKING FACILITIES ON THE PREMISES OF THE HOTEL CONDADO PLAZA LOCATED AT ASHFORD AVENUE, SAN JUAN, PUERTO RICO** | |
| --- | --- | --- | --- |
| | State the term remaining | **CONCESSIONAIRE MONTH TO MONTH** | **POSADAS DE PR ASSOCIATES, LLC 999 ASHFORD AVENUE San Juan, PR 00907** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **CONCESSION AGREEMENT FOR THE OPERATION OF THE PARKING FACILITIES ON THE PREMISES OF THE HOTEL LOCATED AT RIO MAR BOULEVARD, RIO GRANDE, PUERTO RICO** | |
| --- | --- | --- | --- |
| | State the term remaining | **CONCESSIONAIRE EXPIRES ON DECEMBER 1, 2019** | **RIO MAR RESORT-WHG HOTEL PROPERTY, LLC 6000 RIO MAR BOULEVARD Rio Grande, PR 00745** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT FOR THE OPERATION OF THE PARKING FACILITES OF SAN JUAN WATER AND BEACH CLUB HOTEL** | |
| --- | --- | --- | --- |
| | State the term remaining | **EXPIRES ON FEBRUARY 2023** | **SAN JUAN WATER AND BEACH CLUB HOTEL INC 2 TARTAK STREET ISLA VERDE Carolina, PR 00979** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT COMMERICAL SPACE** | **SOLUWISE URB EL VETERANO A STREET 204 SECOND FLOOR San Juan, PR 00926** |
| --- | --- | --- | --- |
| | State the term remaining | **EXPIRES ON** | |

Debtor 1   **AMERICAN PARKING SYSTEM, INC.**                                   Case number *(if known)*   **19-02243-EAG11**
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| List the contract number of any government contract | DECEMBER 2031 |

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | OPTION TO SELL PARCEL OF LAND LOCATED AT URB. REPARTO VILLA SEIN, MONACILLOS WARD, RIO PIEDRAS, PUERTO RICO | |
|---|---|---|---|
| | State the term remaining | SELLER EXPIRES ON SEPTEMBER 6, 2019 | UNIVERSIDAD INTERAMERICANA DE PR INC PO BOX 363255 San Juan, PR 00936-3255 |
| | List the contract number of any government contract | | |

---

Official Form 206G                 Schedule G: Executory Contracts and Unexpired Leases                 Page 4 of 4

**Fill in this information to identify the case:**

Debtor name **AMERICAN PARKING SYSTEM, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **19-02243-EAG11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **MIGUEL A. CABRAL VERAS** | **6 SUCHVILLE** **Guaynabo, PR 00970** | **767 LENDER LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy